EKATERINA BERMAN (State Bar No. # 244799)
Law Office of Ekaterina Berman
3031 Tisch Way, Suite 711
San Jose, CA 95128
Tel. No. (408) 483-3012
Email: eberman@ebermanlaw.com

Attorney for Plaintiffs JOSE S. ARAMBURO, JR. and EVELYN BINAUHAN

ROLAND P. REYNOLDS (State Bar # 150864)
FREDERICK A. HAIST (State Bar # 211322)
Palmer, Lombardi & Donohue, LLP
515 South Flower Street, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 688-0430
Fax: (213) 688-0440
Email: rreynolds@pddlawyers.com; fhaist@pddlawyers.com

Attorneys for Defendant, FLAGSTAR BANK, FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE S. ARAMBURO, JR. and EVELYN BINAUHAN, individuals, | Case No.: 5:14-CV-02109-LHK |
| Plaintiffs, | STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE |
| v. | [Complaint Filed: March 26, 2014] |
| FLAGSTAR BANK, FSB, inclusive, | |
| Defendants. | |

**GRANTED**
*Judge Lucy H. Koh*

**The Clerk shall close the case file.**

Date: 9/2/2014

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, Plaintiffs Jose S. Aramburo, Jr. and Evelyn Binauhan and Defendant, Flagstar Bank, FSB, by and through their attorneys request that the above-captioned matter be dismissed with prejudice. Each party shall bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

1 | Dated: August 29, 2014         By: /s/ Ekaterina Berman
2 |                                         Ekaterina Berman
                                        Law Office of Ekaterina Berman
                                        Attorney for Plaintiffs

Dated: August 29, 2014         By: /s/ Frederick A. Haist
                                        Frederick A. Haist
                                        Palmer, Lombardi & Donohue, LLP
                                        Attorney for Defendant

*[Signature: Lucy H. Koh]*

U.S. District Court Judge

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE